UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| RICHARD B. LITHERLAND, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) 1:05-cv-1307-RLY-WTL |
| | ) |
| JO ANNE B. BARNHART, Commissioner | ) |
| of the Social Security Administration, | ) |
| | ) |
| Defendant. | ) |

**JUDGMENT**

The court, having this day issued its Entry in this cause, hereby ORDERS, ADJUDGES, AND DECREES that the decision of the Commissioner denying the plaintiff's claim for Social Security disability benefits is REVERSED and the claim is REMANDED for reconsideration of the plaintiff's claim consistent with the court's Entry.  This is a final judgment pursuant to the fourth sentence of 42 U.S.C. 405(g).

SO ORDERED this 26th day of January 2007.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Laura Briggs, Clerk
United States District Court

_____
Deputy Clerk, U.S. District Court

Electronic Copies to:

Theodore F. Smith, Jr., P. C.
tsmith@tedsmithlaw.com

Thomas E. Kieper, Assistant United States Attorney
tom.kieper@usdoj.gov